# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| VICTORIA RENEE MCKOY AND DESIREE WRIGHT LOVINS, as individuals and as representatives of the classes, | Case No. 1:18-cv-03217-MHC |
| Plaintiffs, | |
| v. | |
| BIG PICTURE LOANS, LLC; MATT MARTORELLO; ASCENSION TECHNOLOGIES, LLC; DANIEL GRAVEL | |
| Defendants. | |
| _____ / | |

## ASCENSION TECHNOLOGIES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL AND SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 12(b)(2)

Under Rule 12(b) of the Federal Rules of Civil Procedure, Ascension Technologies moves to dismiss the Consumer Class Action Complaint for the reasons set out in the accompanying memorandum of law.

DATED: September 21, 2018

*/s/ Cindy D. Hanson*
Cindy D. Hanson (Ga. Bar No. 323920)
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3830
Facsimile: (404) 885-3900
cindy.hanson@troutman.com

David N. Anthony (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1200
david.anthony@troutman.com
tim.st.george@troutman.com

Justin Alexander Gray (*pro hac vice*)
Jennifer Saeckl (*pro hac vice forthcoming*)
ROSETTE, LLP
25344 Red Arrow Highway
Mattawan, MI 49071
(269) 283-5005
jgray@rosettelaw.com
jsaeckl@rosettelaw.com

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

This 21st day of September, 2018.

>/s/ *Cindy D. Hanson*_____
> Cindy D. Hanson (GA Bar No. 323920)
> Cindy.hanson@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing ***Motion to Dismiss for Lack of Personal and Subject Matter Jurisdiction Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(2)*** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 21st day of September, 2018.

> */s/ Cindy D. Hanson*
> Cindy D. Hanson (GA Bar No. 323920)
> Cindy.hanson@troutman.com