# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# Atlanta Division

| | |
|---|---|
| VICTORIA RENEE MCKOY AND DESIREE WRIGHT LOVINS, as individuals and as representatives of the classes,<br><br>          Plaintiffs,<br><br>v.<br><br>BIG PICTURE LOANS, LLC; MATT MARTORELLO; ASCENSION TECHNOLOGIES, LLC; DANIEL GRAVEL<br><br>          Defendants.<br>_____ / | Case No. 1:18-cv-03217-MLB |

## MATT MARTORELLO'S MOTION TO DISMISS
## UNDER FED. R. CIV. P. 12(b)(6)

Under Rule 12(b) of the Federal Rules of Civil Procedure, Matt Martorello moves to dismiss the First Amended Complaint for the reasons set out in the accompanying memorandum of law.

DATED: September 24, 2018

        */s/ Cindy D. Hanson*
        Cindy D. Hanson (Ga. Bar No. 323920)
        TROUTMAN SANDERS LLP
        600 Peachtree Street NE, Suite 3000
        Atlanta, GA 30308
        Telephone: (404) 885-3830
        Facsimile: (404) 885-3900
        cindy.hanson@troutman.com

        David N. Anthony (*pro hac vice*)
        Timothy J. St. George (*pro hac vice*)
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        Richmond, VA 23219
        (804) 697-1200
        david.anthony@troutman.com
        tim.st.george@troutman.com

        Richard Lawrence Scheff (admitted pro hac)
        Jonathan Peter Boughrum (admitted pro hac)
        David Herman Foster (admitted pro hac)
        ARMSTRONG TEASDALE LLP
        1500 Market Street, 12th Floor, East Tower
        Philadelphia, PA 19102
        (215) 246-3479
        rscheff@armstrongteasdale.com
        jboughrum@ armstrongteasdale.com
        dfoster@ armstrongteasdale.com

## **LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Book Antiqua font in accordance with Local Rule 5.1(C).

This 24th day of September, 2018.

                                                            /s/ *Cindy D. Hanson*
                                                            Cindy D. Hanson (GA Bar No. 323920)
                                                            Cindy.hanson@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)* was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 24th day of September, 2018.

>  */s/ Cindy D. Hanson*
> Cindy D. Hanson (GA Bar No. 323920)
> Cindy.hanson@troutman.com