# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICTORIA RENEE MCKOY, *ET AL.*, individually and on behalf of persons similarly situated,<br><br>*Plaintiffs,*<br><br>  v.<br><br>BIG PICTURE LOANS, LLC, MATT MARTORELLO, ASCENSION TECHNOLOGIES, LLC F/K/A BELLICOSE CAPITAL, LLC,<br><br>*Defendants.* | No. 1:18-cv-03217-MLB |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

Plaintiffs Victoria Renee McKoy, Desiree Wright Lovins, Carrie Samantha Smith, and Sandra Monsalve file this Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismiss their claims without prejudice, each side to bear its own costs. As none of the Defendants have yet served an answer or motion for summary judgment, a Court order is not required. *See* Fed. R. Civ. P. 41(a)(1)(A). This notice results in the voluntary dismissal without prejudice of all Plaintiffs' claims against all Defendants.

Dated: September 19, 2019

| | |
|---|---|
| **MCRAE BERTSCHI & COLE, LLC**<br>Suite 200, 1350 Center Drive<br>Dunwoody, GA 30338 | */s/ Craig E. Bertschi*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>ceb@mcraebertschi.com<br>678.999.1102<br><br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105 |
| **CADDELL & CHAPMAN**<br>628 East 9th St.<br>Houston, TX 77007-1722 | */s/ Michael A. Caddell*<br>Michael A. Caddell<br>(admitted *pro hac vice*)<br>Texas Bar No. 03576700<br>mac@caddellchapman.com<br>713.751.0400<br><br>Cynthia B. Chapman<br>(admitted *pro hac vice*)<br>Texas Bar No. 00796339<br>cbc@caddellchapman.com<br>713.751.0400<br><br>John B. Scofield, Jr.<br>(admitted *pro hac vice*)<br>Texas Bar No. 00784935<br>jbs@caddellchapman.com<br>713.751.0400<br><br>*Counsel for Plaintiffs* |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 13-point Book Antigua font in accordance with Local Rule 5.1(C). This 19th day of September, 2019.

                                                */s/  Michael A. Caddell*
                                                 Michael A. Caddell

## CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2019, the foregoing Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) was filed electronically via the Court's CM-ECF system and thereby served on all counsel of record.

                                                */s/ Michael A. Caddell*
                                                  Michael A. Caddell